IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEANDROS COOPER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-08-0085 |
| § | |
| § | |
| WAL-MART TRANSPORTATION, LLC § | |
| and WAL-MART STORES, INC., § | |
| Defendant. § | |

## ORDER

Counsel for defendant has filed a Motion to Compel, (Docket Entry No. 11). The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. A hearing is set for **June 2, 2008, at 10:30 a.m.** to address the subject matter of the motion.

SIGNED on May 15, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge