# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LEANDROS COOPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-0085 |
| | § | |
| | § | |
| WAL-MART TRANSPORTATION, LLC | § | |
| and WAL-MART STORES, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Leandros Cooper's motion for enlargement of time to file a response to defendant's motion for summary judgment and motion for leave to file a response in excess of 25 pages is granted. Plaintiff's response to defendant's motion for summary judgment is now due on June 26, 2009 and plaintiff is granted leave to file a response up to 40 pages.

The joint pretrial order filing deadline is reset to August 21, 2009. The docket call hearing is reset to **August 28, 2009, at 2:00 p.m.**

SIGNED on May 12, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge