**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LEANDROS COOPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-0085 |
| | § | |
| | § | |
| WAL-MART TRANSPORTATION, LLC | § | |
| and WAL-MART STORES, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

This court has considered plaintiff's counsels' Renewed Motion to Withdraw.  Because plaintiff's counsel complied with the requirements set out in this court's March 3, 2010 order by filing a response to the defendants' renewed motion for judgment, the motion to withdraw is granted. Bruce A. Coane, Ajay Choudhary, Jack Nichols and Adrienne Sampson and the law firm of Coane & Associates are permitted to withdraw as attorneys of record for plaintiff in this cause.

SIGNED on May 28, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge