**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LEANDROS COOPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-0085 |
| | § | |
| WAL-MART TRANSPORTATION, LLC | § | |
| and WAL-MART STORES, INC., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion issued today and in the Memorandum and Order issued on September 24, 2009, this case is dismissed with prejudice. This is a final judgment.

SIGNED on June 18, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge